UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TANECIA PHILLIPS,

        Plaintiff,                        Case No.
                                          Hon.

v

POPEYES LOUSIANA KITCHEN, INC.,
TPM OF 19 MILE, LLC, TIWANDRA
ALLISON, FANNIE HAMILTON, YOUSAF
KHAN, and AARON L/N/U,

        Defendants.

| CHRISTOPHER TRAINOR & ASSOCIATES | STARR BUTLER, PLLC |
|---|---|
| Christopher J. Trainor (P42449) | Joseph A. Starr (P47253) |
| Amy J. Derouin (P70514) | Zeth D. Hearld (P79725) |
| Jonathan A. Abent (P78149) | Attorneys for TPM of 19 Mile, LLC, |
| Attorneys for Plaintiff | Allison, Hamilton, Khan, and Aaron |
| 9750 Highland Road | L/N/U |
| White Lake, MI 48386 | 20700 Civic Center Dr., Ste. 290 |
| (248) 886-8650 | Southfield, MI  48076 |
| shanna.suver@cjtrainor.com | (248) 554-2700 |
| amy.derouin@cjtrainor.com | jstarr@starrbutler.com |
| jon.abent@.cjtrainor.com | zhearld@starrbutler.com |

## DEFENDANTS TPM OF 19 MILE, LLC, TIWANDRA ALLISON, FANNIE HAMILTON, YOUSAF KHAN, AND AARAON L/N/U's NOTICE OF REMOVAL

Defendants TPM OF 19 Mile, LLC ("TPM") Tiwandra Allison, Fannie Hamilton, Yousaf Khan, and Aaron l/n/u (collectively, "Defendants"), through their attorneys, Starr Butler, PLLC, file this Notice of Removal of the above-captioned case from the Macomb County Circuit Court for the State of Michigan to

the United States District Court for the Eastern District of Michigan, on the basis of diversity and in support thereof, state as follows:

1.      On or about May 13, 2026, Plaintiff Tanecia Phillips ("Plaintiff") commenced his lawsuit against Defendants in the Macomb County Circuit Court for the State of Michigan, 26-002131-CZ. **(Exhibit A, Complaint).**

2.      Defendants first received notice of this action on May 26, 2026, when the undersigned counsel reached out to Plaintiff's counsel regarding accepting service. This Notice of Removal is therefore being filed within thirty (30) days of the date that Defendants first received notice of this action pursuant to 28 U.S.C. §1446(b).

3.      No other pleadings have been filed with the Macomb County Circuit Court.

4.      This Court has jurisdiction over this case based on diversity of citizenship pursuant to 28 U.S.C. §1332(a).

5.      Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Eastern District of Michigan is the federal district court embracing the place where the state court suit is pending.

6.      Plaintiff alleges that she is a resident of the City of Little Rock, State of Arkansas **(Ex. A, ¶1)**

2

7.     Defendant TPM is now, and was at the time of the filing of the Complaint, a Michigan limited liability company. **(Ex. A, ¶3)**

8.     Defendants Allison, Khan, Hamilton, and Grabowski, are now, and were at the time of the filing of the Complaint, residents of the State of Michigan.

9.     The amount in controversy exceeds $75,000.00.

10.    The prerequisites for removal under 28 U.S.C. §1441 have been met.

11.    The allegations of this notice are true and correct, and this cause is within the jurisdiction of the United States District Court for the Eastern District of Michigan.

12.    By removing Plaintiff's state court civil action to this Court, Defendants do not admit any allegations in the Complaint and do not forfeit, waive, or abandon any defenses.

13.    Copies of all process and pleadings served upon Defendants are attached to this Notice of Removal in accordance with 28 U.S.C. §1446(a). **(Exhibit A).**

14.    Concurrent with the filing of this Notice of Removal, Defendants are providing notice to all counsel for Plaintiff and the Clerk of the Circuit Court for the County of Macomb, pursuant to 28 U.S.C. §1446(d).

WHEREFORE, TPM OF 19 Mile, LLC ("TPM") Tiwandra Allison, Fannie Hamilton, Yousaf Khan, and Aaron l/n/u give notice that the above-described

3

action pending in the Circuit Court for the County of Macomb, State of Michigan

is being removed therefrom to this Honorable Court.

STARR BUTLER, PLLC

By:   /s/ Joseph A. Starr
      Joseph A. Starr (P47253)
      Zeth D. Hearld (P79725)
      Attorneys for TPM of 19 Mile, LLC,
      Allison, Hamilton, Khan, and Aaron L/N/U
      20700 Civic Center Dr., Ste. 290
      Southfield, MI 48076
      (248) 554-2700
      jstarr@starrbutler.com
      zhearld@starrbutler.com

Dated:  June 23, 2026

**PROOF OF SERVICE**

The undersigned says that on April 23, 2026, she has caused to be served
a copy of **Defendant's Notice of Removal and thi**s **Proof of Service** via
first class mail upon all attorneys of record.

/s/ Kiersten Plane
Kiersten Plane

4

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF MACOMB

**TANECIA PHILLIPS,**

Plaintiff,

**2026-002131CZ**

vs.

CASE NO. 26-        -CZ
HON.  **MICHAEL E. SERVITTO**

**POPEYES LOUSIANA KITCHEN, INC.,**
**TPM OF 19 MILE, LLC,**
**TIWANDRA ALLISON,**
**FANNIE HAMILTON,**
**YOUSAF KHAN, and**
**AARON L/N/U,**

Defendants.

| | |
|---|---|
| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>AMY J. DEROUIN (P70514)<br>JONATHAN A. ABENT (P78149)<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI 48386<br>(248) 886-8650<br>shanna.suver@cjtrainor.com<br>amy.derouin@cjtrainor.com<br>jon.abent@cjtrainor.com | **RECEIVED**<br><br>MAY 1 3 2026<br><br>ANTHONY G. FORLINI<br>Macomb County Clerk |

**This case arises out of one or more of the same transaction(s) or occurrence(s) which are the subject matter of civil lawsuit *David Williams v Popeyes Louisiana Kitchen, Inc, et al*, which is being filed in this Court concurrently with the instant lawsuit. Plaintiff requests that these two cases be assigned to the same Judge.**

## COMPLAINT AND JURY DEMAND

**NOW COMES** Plaintiff, **TANECIA PHILLIPS,** by and through her attorneys, CHRISTOPHER TRAINOR AND ASSOCIATES, and for her *Complaint* against the above-named Defendants, states as follows:

1

1. Plaintiff TANECIA PHILLIPS is a resident of the City of Little Rock, State of Arkansas. At all relevant times, Plaintiff was a resident of the City of Detroit, County of Wayne, State of Michigan.

2. Defendant POPEYES LOUISIANA KITCHEN, INC. is a foreign for-profit corporation company conducting business in Clinton Township, Macomb County, Michigan, at its store located at 15261 19 Mile Rd., Clinton Township, Michigan and at all relevant times was Plaintiff's employer.

3. Defendant TPM OF 19 MILE, LLC is a domestic limited liability company conducting business in Clinton Township, Macomb County, Michigan, at its store located at 15261 19 Mile Rd., Clinton Township, Michigan and at all relevant times was Plaintiff's employer (Defendant POPEYES and TPM hereinafter being referred to individually and collectively as "Defendant POPEYES").

4. Defendant AARON L/N/U is and/or was the General Manager of Defendant POPEYES, and at all relevant times was acting within the course and scope of his employment as Plaintiff's supervisor with the power and control over the terms and conditions of Plaintiff's employment with the authority to discipline and terminate employees, and perpetuated a hostile work environment against Plaintiff as alleged in this Complaint.

5. Defendant TIWANDRA ALLISON is and/or was employed by, and acting in a management capacity for, Defendant POPEYES, and at all relevant times was acting within the course and scope of her employment as Plaintiff's supervisor with the power and control over the terms and conditions of Plaintiff's employment with the authority to discipline and terminate employees, and perpetuated a hostile work environment against

2

Plaintiff as alleged in this Complaint.

6. Defendant FANNIE HAMILTON is and/or was the employed by, and acting in a management capacity for, Defendant POPEYES, and at all relevant times was acting within the course and scope of her employment as Plaintiff's supervisor with the power and control over the terms and conditions of Plaintiff's employment with the authority to discipline and terminate employees, and perpetuated a hostile work environment against Plaintiff as alleged in this Complaint.

7. Defendant YOUSAF KHAN is and/or was the employed by, and acting in a management capacity for, Defendant POPEYES, and at all relevant times was acting within the course and scope of his employment as Plaintiff's supervisor with the power and control over the terms and conditions of Plaintiff's employment with the authority to discipline and terminate employees, and perpetuated a hostile work environment against Plaintiff as alleged in this Complaint.

8. All relevant events giving rise to this lawsuit occurred in Macomb County, State of Michigan.

9. This is an action to enforce Plaintiff's civil rights arising out of Plaintiff's employment relationship with Defendants pursuant to the Michigan's Elliott-Larsen Civil Rights Act ("ELCRA"), MCL 37.2101 *et seq*.

10. The amount in controversy exceeds Twenty-Five Thousand Dollars ($25,000.00) exclusive of interest, costs, and attorney fees.

## **FACTS**

11. Plaintiff realleges and incorporates by reference each and every paragraph of this Complaint as though fully set forth herein.

3

12. Plaintiff is a female and is a member of a protected class.

13. Plaintiff began her employment with Defendant POPEYES as a Crew Member on or abut October 6, 2023.

14. Plaintiff provided Defendants with exemplary work performance throughout her employment with Defendant POPEYES.

15. Beginning almost immediately after her employment began on October 6, 2023, Plaintiff was subjected to sexually harassing comments and behaviors by Defendant KHAN.

16. These comments and behaviors consisted of, but were not limited to, sexual advances, comments about Defendant KHAN's genitals, and Defendant KHAN making inappropriate videos of Plaintiff while she was working.

17. On October 29, 2023, Plaintiff complained of this behavior to a manager, Defendant HAMILTON, but no remedial action was taken.

18. The following day, October 20, 2023, Plaintiff was informed that she had been taken off the work schedule for the week, but would be scheduled for the following week.

19. Plaintiff then complained to Defendant ALLISON, of the sexual harassment and her previous complaint to Defendant HAMILTON, but no remedial action was taken.

20. Plaintiff later learned that she had been taken off the schedule by Defendant ALLISON in retaliation for her above-referenced complaints to Defendants HAMILTON and/or ALLISON.

21. A different coworker further witnessed Defendant KHAN inquiring with other employees where Plaintiff lived, and witnessed Defendant KHAN taking a picture of Plaintiff's personal information displayed on an office computer.

4

22. On November 6, 2023, Plaintiff reported to work and was informed by Defendant ALLISON that she had been terminated.

23. The individual Defendants did not take any action to address and/or stop and/or remediate the unlawful behavior against Plaintiff.

24. That as a direct and proximate result of Defendants' unlawful actions against Plaintiff, as described in this Complaint, she sustained injuries and damages including, but not necessarily limited to, the following:

    a. Loss of earnings, past, present, and future;

    b. Loss of earning capacity;

    c. Loss of career opportunities;

    d. Loss of fringe and pension benefits, past, present, and future;

    e. Mental and emotional distress;

    f. Embarrassment and humiliation;

    g. Loss of reputation and esteem among her friends, family and in the community; and

    h. Loss of the ordinary pleasures of everyday life.

## COUNT I
## VIOLATION OF THE MICHIGAN ELLIOTT-LARSEN CIVIL RIGHTS ACT
## HOSTILE WORK ENVIRONMENT

25. Plaintiff realleges and incorporates by reference each and every paragraph of this Complaint as though fully set forth herein.

26. Plaintiff is a female and is a member of a protected class under the ELCRA.

5

27. Plaintiff was subjected to a hostile work environment in the form of degrading, demeaning, humiliating and offensive treatment, statements, conduct, and physical contact, and unwanted sexual harassment that was directed toward Plaintiff by Defendants and their employees, agents and/or servants.

28. The hostile work environment was based upon Plaintiff's sex.

29. The hostile work environment had the effect of unreasonably interfering with Plaintiff's work environment.

30. Defendants had notice of Plaintiff's hostile work environment and are liable under *respondeat superior.*

**WHEREFORE**, Plaintiff requests that this Honorable Court enter judgment against Defendants in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), along with interest and costs, reasonable attorney fees, and punitive, compensatory, and exemplary damages for damages so wrongfully sustained, along with any other relief in which Plaintiff may be entitled to in law and equity.

**COUNT II**
**VIOLATION OF THE MICHIGAN ELLIOTT-LARSEN CIVIL RIGHTS ACT**
**SEX DISCRIMINATION—DISPARATE TREATMENT**

31. Plaintiff realleges and incorporates by reference each and every paragraph of this Complaint as though fully set forth herein.

32. Plaintiff is a female and is a member of the protected class under the ELCRA.

33. Plaintiff was and is qualified for the position she held at Defendant POPEYES.

34. Plaintiff's sex was a factor that made a difference in Defendants' decision to subject her to the wrongful and discriminatory treatment described herein.

35. If Plaintiff had been a male, then she would not have been treated in the manner described herein.

36. Defendants took actions that were adverse to Plaintiff's employment and intentionally discriminated against Plaintiff because of her sex.

37. Any "legitimate, nondiscriminatory reasons" for the adverse employment actions taken against Plaintiff are a pretext for unlawful discrimination.

38. Plaintiff was discriminated against because she is a female.

**WHEREFORE**, Plaintiff requests that this Honorable Court enter judgment against Defendants in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), along with interest and costs, reasonable attorney fees, and punitive, compensatory, and exemplary damages for damages so wrongfully sustained, along with any other relief in which Plaintiff may be entitled to in law and equity.

**COUNT III**
**VIOLATION OF THE MICHIGAN ELLIOTT-LARSEN CIVIL RIGHTS ACT**
**UNLAWFUL RETALIATION FOR ENGAGING IN PROTECTED ACTIVITY**

39. Plaintiff realleges and incorporates by reference each and every paragraph of this Complaint as though fully set forth herein.

40. By opposing unlawful discrimination and sexual harassment directed against her by Defendants, their employees and agents, Plaintiff was engaged in an activity protected under the ELCRA.

41. Defendants knew of Plaintiff's exercise of her civil rights because, *inter alia*, Plaintiff had repeatedly complained to them both verbally of same.

42. Plaintiff's opposition was a significant factor in adverse employment actions against her, including, but not limited to: retaliation, being taken off the work schedule; denial of

opportunities; and, ultimately termination.

43. Plaintiff's exercise of her civil rights, as alleged in this Complaint, was a direct and proximate cause of Defendants' adverse employment actions.

44. Any "legitimate, nondiscriminatory reasons" for the adverse employment actions taken against Plaintiff are a pretext for unlawful discrimination.

**WHEREFORE**, Plaintiff requests that this Honorable Court enter judgment against Defendants in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), along with interest and costs, reasonable attorney fees, and punitive, compensatory, and exemplary damages for damages so wrongfully sustained, along with any other relief in which Plaintiff may be entitled to in law and equity.

Respectfully submitted,
CHRISTOPHER TRAINOR & ASSOCIATES

/s/
_____
CHRISTOPHER J. TRAINOR (P42449)
AMY J. DEROUIN (P70514)
JONATHAN A. ABENT (P78149)
Attorneys for Plaintiff
9750 Highland Road
White Lake, MI 48386
(248) 866-8650
amy.derouin@cjtrainor.com
jon.abent@cjtrainor.com

Dated: May 13, 2026
*AJD/JAA*

8

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF MACOMB

TANECIA PHILLIPS,

      Plaintiff,

vs.

POPEYES LOUSIANA KITCHEN, INC.,
TPM OF 19 MILE, LLC,
TIWANDRA ALLISON,
FANNIE HAMILTON,
YOUSAF KHAN, and
AARON L/N/U,

      Defendants.

**2026-002131CZ**

CASE NO. 26-    -CZ

HON. **MICHAEL E. SERVITTO**

| | |
|---|---|
| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>AMY J. DEROUIN (P70514)<br>JONATHAN A. ABENT (P78149)<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI 48386<br>(248) 886-8650<br>shanna.suver@cjtrainor.com<br>amy.derouin@cjtrainor.com<br>jon.abent@cjtrainor.com | |

## DEMAND FOR JURY TRIAL

9

NOW COMES Plaintiff, **TANECIA PHILLIPS**, by and through her attorneys, CHRISTOPHER TRAINOR AND ASSOCIATES, and hereby demands a jury trial on the issues in the above-referenced matter.

Respectfully submitted,

CHRISTOPHER TRAINOR & ASSOCIATES

/s/
CHRISTOPHER J. TRAINOR (P42449)
AMY J. DEROUIN (P70514)
JONATHAN A. ABENT (P78149)
Attorneys for Plaintiff
9750 Highland Road
White Lake, MI 48386
(248) 866-8650

*AJD/JAA*

May 13, 2026

10